UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
June 7, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FELICIA SHAW<br><br>Defendant. | Case No. 2:23-mj-00085-JDP<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release FELICIA SHAW Case No. 2:23-mj-00085-JDP Charges 21 USC § 846 and 841(a)(1) from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

  X     Unsecured Appearance Bond $    50,000.00 co-signed by Rhonda Higgins

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

_____   (Other): \_\_

Issued at Sacramento, California on June 7, 2023, at 2:00 PM

Dated:  June 7, 2023

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE